# Exhibit A



MARYLAND
PENNSYLVANIA
VIRGINIA
NEW JERSEY
NEW YORK
DELAWARE
WASHINGTON, DC

Mark A. Moorstein
703-745-1848
mmoorstein@offitkurman.com
June 13, 2017

Organization for Chinese Americans (OCA) LLC
c/o Ken Lee, CEO
OCA Naitonal Center
1322 18th Street, N.W.
Washington, DC  20036

Re:   Engagement of Offit Kurman, P.A.; Confirmation of Fee Arrangement

Dear Ken:

As you know, we have moved to Offit Kurman. The purpose of this letter is to confirm the terms of your engagement of our services. Our firm has agreed to represent you regarding the sale of your property in Washington DC on the following terms and conditions.

Our services will be invoiced based upon the actual time spent on your account by our attorneys and other professional staff at the firm's standard hourly rates. I have agreed to continue providing my services at a rate of $450.00 per hour. A list of the billing rates of each attorney, paralegal and law clerk in our firm is available online at www.offitkurman.com/ST, or in hard copy at your request. To access the rate schedule, type or copy the above web address into your web browser and then enter password: st@nd15. *Full payment of all amounts invoiced is due within 30 days after the date of the invoice.*

By signing below you acknowledge that you have reviewed and accepted the fee arrangement described in this letter, as well as **Offit Kurman's** *Terms and Conditions of Representation* - available online at www.offitkurman.com/VAterms15 or in hard copy at your request, which are expressly incorporated herein. This agreement will remain in effect for future engagements of our services unless and until it is superseded by a new written agreement.

Upon receipt of this countersigned letter and your retainer payment (if any is requested above), we will move forward with providing the legal services you have requested. On behalf of the firm, we look forward to working with you.

Sincerely,
**OFFIT KURMAN**

By _____
Mark A. Moorstein

Read & Accepted by:

_____        ___7-24-17___
Organization for Chinese Americans (OCA) LLC        Date
By: Ken Lee, CEO
*Please sign and return this letter within 10 business days of receipt and keep a copy for your records.*

the perfect legal partner®     8000 Towers Crescent Drive | Suite 1500 | Tysons Corner, VA 22182 | 703.745.1800     offitkurman.com

Offit Kurman 000001

VA Terms

# Offit│Kurman®
## Attorneys At Law

### Terms and Conditions of Representation

1. Although our representation of you may primarily be handled by one attorney, various portions of the representation may be delegated, as appropriate, to other firm attorneys, paralegals and law clerks. A list of the billing rates of each attorney, paralegal and law clerk in our firm is available online via the web address provided in your engagement letter, or in hard copy at your request. In the event that our rates increase in the future, the increased rates will automatically take effect.

2. On occasion, there may be circumstances when billing for our services on an hourly basis is not appropriate. Under such circumstances, we will advise you that standard hourly billing is not appropriate and, with your consent, we will bill you for services on an alternative basis.

3. Any and all activities performed on your behalf by our professional staff will be considered billable time; these activities include, but are not limited to: the making and receipt of telephone calls; drafting and review of correspondence and email; preparation and review of papers, agreements and memorandum; fact investigation; reading and analyzing written materials; travel to and from meetings and court appearances; preparation for meetings and court appearances; and conferences with you, experts, or other attorneys.

4. You will receive invoices describing the services rendered and costs advanced on your behalf on a monthly basis. **Full payment of all amounts invoiced is due within 30 days after the date of the invoice**. Questions or objections to any invoice or portion thereof must be raised within 30 days of receipt, or you will be deemed to have approved the invoice. If you are unable to pay your balance in full on a monthly basis at any point during the representation, Offit Kurman reserves the right to change your billing arrangement for the duration of the representation.

5. Offit Kurman reserves the right to apply interest at a rate of twelve percent (12%) per year to any and all overdue balances. If you do not pay Offit Kurman for the services rendered or costs advanced on your behalf, we may be forced take legal action to collect our fees and/or any expenses due under this Fee Agreement. Should this ever become necessary, you agree to reimburse us fully for all costs associated with the collection of your outstanding balance, including, but not limited to, reasonable attorneys' fees charged at our standard rates, plus interest applied to the unpaid balance, calculated at the rate of twelve percent (12%) per year.

6. During the course of this engagement the firm may advance payment for certain "incidental expenses" on your behalf. You will be responsible for reimbursing the firm for these expenses which include, but are not limited to, courier fees, outside copying charges, parking, and travel expenses. *Offit Kurman does not charge clients for internal costs* such as regular postage, internal photocopying, facsimiles, long distance calls, or overnight delivery charges.

7. From time to time, you may be required to engage "outside service providers" such as process servers, expert witnesses, deposition services, or transcription services. You will be responsible for the direct and timely payment of those vendors' services and associated costs. If we believe that the services of such a vendor are needed, we will discuss them with you when and if the need arises.

8. Depending upon the circumstances of an engagement, it may be beneficial for you to hire an attorney from outside of Offit Kurman to handle certain aspects of the representation due to that attorney's area of expertise, geographic location, or other characteristic that would be advantageous to your legal needs. You will be responsible for the direct and timely payment of those attorneys and associated costs. If we believe that outside counsel is needed, we will discuss it with you when and if the need arises.

VA Terms

9. It is impossible for us to project the amount of time that will be devoted by the firm to your needs. However, if at any time you decide that you would like us to cease further activity on your behalf you should notify us in writing. Likewise, we may withdraw as counsel, terminate this Agreement, and be relieved of the responsibility of performing further work on your behalf, by notifying you in writing.

Reasons for such termination on our part may include, but are not limited to, failure on your part to pay fees or expenses under the terms of this Agreement in a timely manner, failure to cooperate with the firm in preparation and/or execution of your legal needs, reasons mandated by the rules of professional conduct governing lawyers, a significant disagreement arises as to legal strategy, or discovery or analysis of facts and/or law which lead the firm to conclude that your matter should not be pursued. In such an event, you agree to pay any remaining balance owed on your account.

10. After our representation of you has ended and we have received payment for all of the services rendered and costs advanced, we may request that you or an authorized representative pick up your files or documents that have been produced during the course of the representation. Absent extenuating circumstances or cases in which our firm specifically agrees to hold certain documents for you, you agree to retrieve the documents within 90 days of our request. If we do not hear from you within that 90-day time period, or if you do not want us to return these to you, please be advised that we may destroy all paper copies other than those original copies that we determine must be maintained for statutory or other reasons.

11. You agree that your engagement of Offit Kurman, and all agreements, matters, claims, disputes and actions related to, or arising out of that engagement shall be governed by the laws of the Commonwealth of Virginia. You agree that by engaging Offit Kurman, you submit to the jurisdiction of the courts of the Commonwealth of Virginia, and that the sole venue for all matters, claims, disputes and actions related to, or arising out of your engagement of Offit Kurman are the courts of the Commonwealth of Virginia located in Fairfax County, Virginia.

12. You agree that by engaging Offit Kurman, you hereby WAIVE ALL RIGHTS TO SEEK A JURY TRIAL for any and all matters, claims, disputes and actions against or involving Offit Kurman that are related to, or are arising out of your engagement of Offit Kurman. Waiver of the right to a jury trial may be a valuable and important right. You should consider securing the advice of independent counsel of your own choosing to advise you on this waiver.