# Exhibit B



December 7, 2016

Ken Lee
Chief Executive Officer
OCA National Center
1322 18th Street, NW
Washington, DC  20036

RE:     1322-26 18th Street, NW

Dear Ken:

OCA National Center ("OCA") hereby appoints G&E Real Estate, Inc., d/b/a Newmark Grubb Knight Frank ("NGKF"), as its exclusive real estate advisor for a period of twelve (12) months commencing January 1, 2017 (the "Term"), to advise and represent OCA in the sale of 1322-26 18th Street, NW, Washington, DC 20036 ("Property").  This letter of agreement ("Agreement") may be extended beyond this period upon mutual agreement in writing by the parties.  Notwithstanding the Term of this agreement, OCA shall have the right to terminate this agreement in the event that NGKF violates any of the terms and conditions stated herein, or in the event that OCA elects in its sole discretion to remove the Property from the marketplace, or for any other good faith reason not primarily intended to deprive NGKF of a Commission (as defined below) which would otherwise be earned hereunder, by providing NGKF with not less than five (5) days prior written notice thereof.

The relationship of NGKF with OCA shall be that of an independent contractor, and NGKF shall not make any commitments on behalf of OCA.  This relationship shall not preclude, in any way, NGKF from retaining such additional consultants or services as it may deem, in its sole discretion, advisable to perform other services, including but not limited to, preparation of display/marketing boards, broker events such as lunches, etc. at the expense of NGKF.

**Scope of Work**

NGKF will (i) analyze all reasonable options and make recommendations; (ii) provide market data; (iii) research and advise OCA in its negotiations with prospective purchasers; (iv) conduct tours of the Property with prospective  purchasers; (v) work with legal counsel in the negotiations requested by OCA.  NGKF will report to OCA at least once each week concerning NGKF's efforts to market the Property and the status thereof.  OCA will refer all inquiries and proposals it receives regarding the Property to NGKF for NGKF's immediate attention.  NGKF will not, however, make any commitments on behalf of OCA without prior written approval by and from OCA.

**Registration of Prospective Purchasers**

NGKF will register all prospective purchasers of the Property with OCA prior to providing any Confidential Information (as defined below) to such prospective purchasers.  Registration shall be in the form of a list specifically identifying the prospective purchasers and the date of initial contact with NGKF, and shall be updated by NGKF on a regular basis (the "Prospects List").  Preliminary marketing materials may be provided to prospective purchasers prior to registration.  In the event the Term expires or is earlier



Ken Lee
December 7, 2016
Page 2

terminated without a closing of transfer of title to the Property having occurred (a "Closing"), NGKF shall update the Prospects List within ten (10) business days of such expiration or termination.

**Confidentiality**

NGKF will not disclose to any third party the price, terms or intentions of OCA with respect to any offer, purchase agreement or negotiations regarding the Property without the prior written consent of OCA. Additionally, NGKF shall not disclose to any third party any Confidential Information (as defined below) concerning the Property or OCA obtained during the course of representation pursuant hereto without the prior written consent of OCA. As used in this Agreement, the term "Confidential Information" means information provided by OCA to NGKF pertaining to the Property or OCA which OCA believes in good faith contains legally protectable and/or otherwise confidential trade secrets, non-public research, development, or commercial information. Confidential Information does not include information that (i) was known to NGKF at the time it was provided by OCA, (ii) was publicly available at the time it was provided by OCA or thereafter becomes publicly available without breach by NGKF of its obligations hereunder, or (iii) becomes available to NGKF on a non-confidential basis from a source other than OCA or its representatives, (iv) can be shown to have been developed independently by NGKF. Notwithstanding this provision, NGKF may, on an as needed and limited basis, disclose confidential information regarding the Property (a) as required by law or by government regulation, requirement or order, or (b) as may be necessary to perform or assert its rights hereunder. This provision shall survive termination of this Agreement.

**Deliverables**

NGKF's responsibilities will include the following "deliverables" to be provided in paper and/or electronic form as directed by OCA: (i) sales and/or leasing package; (ii) market analyses and surveys; (iii) financial analyses; (iv) correspondence; (v) requests for proposals; (vi) letters of intent (with review and/or assistance from OCA legal counsel; (vii) recommendation memoranda; and, (viii) any other work products reasonably requested by OCA.



Ken Lee
December 7, 2016
Page 3

**Compensation**

NGKF will be compensated in the amounts and under the terms set forth below:

- **Sale**
  NGKF will actively, diligently and continually market the Property for sale, and in the event that NGKF procures a prospective purchaser ready, willing, and able to purchase, trade, exchange, or otherwise transfer ownership in the property, in whole or in part, upon terms accepted by OCA in OCA's sole discretion, then OCA agrees to pay NGKF a real estate brokerage sales commission of four and one-half percent (4.5%) of the Gross Sales Price, or gross value of any trade, exchange, or transfer of any ownership interest that may occur for the Property which is agreed upon provide; however, in the event the sales price is higher than $7.5 million then NGKF shall receive a real estate brokerage sales commission of five percent (5%) (the "Commission").  This Commission shall be earned by and due and payable to NGKF upon Closing.  NGKF shall cooperate in good faith with other real estate brokers throughout the marketing process, and will market the property with the offer to share the commission earned – up to three percent (3%) – with the cooperating broker representing the buyer.

  Notwithstanding the foregoing, no Commission or any other compensation of any kind shall be payable to NGKF in the event that the Property, or any portion thereof, is (i) taken by a local, federal or other governmental authority in a condemnation or similar proceeding or by deed-in-lieu thereof, or (ii) acquired by a lender or other party pursuant to a foreclosure proceeding or deed-in-lieu thereof.

  **Exclusion: In the event The Emerson School purchases the Property within the first ninety (90) days of the effective date of this Agreement, NGKF shall not be owed a commission and this Agreement shall terminate.  However, in the event The Emerson School does not purchase within the first ninety (90) days of the effective date of this Agreement, this Agreement shall continue in full force and effect as contained herein.**

- **List Price**
  NGKF will work with OCA to determine the best course of action for listing 1322-26 18th Street, NW with or without an asking price.  Final determination is at OCA sole discretion.

- **General**
  NGKF shall be entitled to receive its full compensation in the event any transaction contemplated herein and made pursuant hereof is consummated within six (6) months after the expiration of this Agreement with a purchaser presented by NGKF to OCA prior to such termination, provided that such purchaser is listed on the Prospects List.

- **Out of Pocket Expenses**
  NGKF shall be responsible, without reimbursement from OCA, for all of its out-of-pocket expenses incurred under this agreement.



Ken Lee
December 7, 2016
Page 4

**No Assignments By NGKF**

NGKF agrees not to assign this Agreement without first obtaining OCA's written consent, which consent OCA may withhold in its sole discretion.

**Attorney's Fees**

In any litigation, arbitration or other legal proceeding which may arise between NGKF and OCA in connection with this Agreement, the prevailing party shall be entitled to recover its costs, including arbitration costs and reasonable attorneys' fees, in addition to any other relief to which such party may be entitled.

Please indicate your acceptance of the foregoing by executing two (2) copies of this Agreement and returning one copy to me.

Sincerely,

**G&E Real Estate, Inc.  d/b/a  Newmark Grubb Knight Frank**


Edwin Clark, III
Executive Managing Director & Broker of Record

cc:  Doug Damron, Chris Lucey

**AGREED AND ACCEPTED:**

| **OCA National Center** | **G&E Real Estate, Inc.  d/b/a Newmark Grubb Knight Frank** |
|---|---|
| By: *Leslie Moe-Kaiser* | By:_____ |
| Title: <u>President</u> | Title:_____ |
| Date: <u>December 16, 2016</u> | Date:_____ |

**OCA National Center**

By: *Leslie Moe-Kaiser*
For: <u>Michael Kwan</u>

Title: <u>Immediate Past President</u>

Date: <u>December 16, 2016</u>